FILED
5/16/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-11140 TPA |
| LINDA JOAN TROHOSKE, | : |
| Debtor. | : CHAPTER 13 |
| | : |
| LINDA JOAN TROHOSKE, | : RELATED TO DOCUMENT NO. 71 |
| Movant, | : |
| | : |
| v. | : |
| | : |
| MB FINANCIAL BANK, NATIONAL | : |
| ASSOCIATION, | : |
| Respondent. | : |

ORDER

AND NOW, to-wit, this 15th day of May, 2019, upon consideration of the Motion to Approve Loan Modification Agreement filed by the Debtor, Linda Joan Trohoske, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. The Loan Modification Agreement is approved in its entirety, including the following provisions:

1. The new monthly mortgage payment is $1,205.34, ($728.77 principal and interest, $329.04 escrow, and $147.53 private mortgage insurance), payable to MB Financial Bank, National Association.

2. The mortgage payment is changed effective May 1, 2019.

3. The maturity date is extended to April 1, 2049.

4. The new principal balance is $135,756.78.

#1208291

5. Because the Debtor has certified that the current Chapter 13 Plan dated November 20, 2017 is adequately funded, the Debtor is not required to file an Amended Chapter 13 Plan at this time.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1208291

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Linda Joan Trohoske
    Debtor

Case No. 17-11140-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: May 16, 2019
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
db         +Linda Joan Trohoske,   2530 North Tracy Drive,   Erie, PA 16505-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   MB Financial Bank, National Association
           ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Jodi L. Hause   on behalf of Creditor   MB Financial Bank, National Association
           jodi.hause@phelanhallinan.com,   pawb@fedphe.com
          Michael S. Jan Janin   on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 5