**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-11140-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Linda Joan Trohoske
2530 North Tracy Drive
Erie PA 16505

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. : MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177 | Fifth Third Bank<br>2251 Rombach Ave.<br>Wilmington, Ohio 45177 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/01/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-11140-TPA
Linda Joan Trohoske                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: agro              Page 1 of 1                 Date Rcvd: May 30, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
14767007       +MB Financial Bank, National Association,    2251 Rombach Avenue,    Wilmington, Ohio 45177-1995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor   MB Financial Bank, National Association
      ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      James Warmbrodt     on behalf of Creditor   MB Financial Bank, National Association
      bkgroup@kmllawgroup.com
      Jodi L. Hause     on behalf of Creditor   MB Financial Bank, National Association
      jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Michael S. Jan Janin     on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 6