IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11140TPA |
| | : | |
| LINDA JOAN TROHOSKE, | : | |
| Debtor, | : | HON. THOMAS P. AGRESTI |
| | : | |
| FIFTH THIRD BANK, | : | |
| Movant, | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM NO. 1-1 |
| | : | |
| LINDA JOAN TROHOSKE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
| Respondents. | : | |

<u>DECLARATION</u>

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO,
INC.

BY:    /s/Michael S. JanJanin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222, Extension 1045
Direct Dial: 814-314-1051
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11140TPA |
| | : | |
| LINDA JOAN TROHOSKE, | : | |
| Debtor, | : | HON. THOMAS P. AGRESTI |
| | : | |
| FIFTH THIRD BANK, | : | |
| Movant, | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM NO. 1-1 |
| | : | |
| LINDA JOAN TROHOSKE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
| Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 16, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 16, 2019

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:     /s/Michael S. JanJanin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222, Extension 1045
Direct Dial: 814-314-1051
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtor