# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Linda Joan Trohoske | : | Case No.: 17-11140 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Thomas P. Agresti |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Fifth Third Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-005186_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: :
:
  **Linda Joan Trohoske** : **Case No.: 17-11140**
: **Chapter 13**
      **Debtor(s).** : **Judge Thomas P. Agresti**
: * * * * * * * * * * * * * * * * * * * * * * *
:
:
:

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 13, 2020.

    Service by ECF:
    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

    Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

    Michael S. Jan Janin, Attorney for Linda Joan Trohoske, mjanjanin@quinnfirm.com

    Service by First-Class Mail:
    Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA  16505


EXECUTED ON: February 13, 2020

                                               By:   /s/ Karina Velter
                                               Signature
                                               Karina Velter, Esquire
                                               Typed Name
                                               P.O. Box 165028, Columbus, OH 43216-5028
                                               Address
                                               614-220-5611
                                               Phone No.
                                               94781
                                               List Bar I.D. and State of Admission

20-005186_PS