Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Linda Joan Trohoske**
   Debtor(s)

Bankruptcy Case No.: 17–11140–TPA
Related to Docket No. 93
Chapter: 13
Docket No.: 95 – 93
Concil. Conf.: 2/16/21 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 31, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 21, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **2/16/21** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 16, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>
> Ronda J. Winnecour, Trustee  
> P.O. Box 84051  
> Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11140-TPA

Linda Joan Trohoske  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 3

Date Rcvd: Nov 16, 2020      Form ID: 213      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |
| cr | #+ | FIFTH THIRD BANK, 2251 Rombach Ave, Wilmington, OH 45177-1995 |
| cr | + | Fifth Third Bank, N.A., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732121 | + | Cole Taylor Bank, 2350 Green Road, Suite 100, Ann Arbor, MI 48105-1588 |
| 15059561 | #+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 15207287 | + | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14732125 | #+ | MB Financial Bank, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14716590 | + | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14726032 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 14732129 | + | Millcreek Township Tax Collector, 3608 West 26th Street, Erie, PA 16506-2059 |
| 14732130 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14732118 | | Email/Text: legal@arsnational.com | Nov 17 2020 03:57:00 | ARS National Services Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14732119 | + | Email/Text: legal@arsnational.com | Nov 17 2020 03:57:00 | ARS National Services Inc., Dept. 110840, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14728858 | + | Email/Text: bankruptcy@cbtno.com | Nov 17 2020 03:59:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14732124 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 03:58:00 | Jefferson Capital System, 16 McLeland Road, St. Cloud, MN 56303 |
| 14742414 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 17 2020 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14732120 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:44:26 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14753276 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14732128 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | Midland Funding LLC, 2365 Northside Drive #300, San Diego, CA 92108-2709 |
| 14732132 | + | Email/PDF: cbp@onemainfinancial.com | Nov 17 2020 03:44:23 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14732131 | + | Email/PDF: cbp@onemainfinancial.com | | |

Case 17-11140-TPA    Doc 96    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 213 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 17 2020 03:42:54 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14717633 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 17 2020 09:16:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732133 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 17 2020 03:45:56 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MB Financial Bank, National Association |
| cr | | MB Financial Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732122 | *+ | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14732126 | *+ | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14767007 | *+ | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 14732123 | ## | First Progress Card, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14732127 | ##+ | MB Financial Bank, N.A., P.O. Box 5000, Wilmington, OH 45177-5000 |
| 14732134 | ##+ | Tri-State Allergy & Asthma LLC, 2409 State Street, Suite D, Erie, PA 16503-1856 |

TOTAL: 2 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Fifth Third Bank  N.A. amps@manleydeas.com |
| Michael S. Jan Janin | on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1            User: lmar            Page 3 of 3

Date Rcvd: Nov 16, 2020            Form ID: 213            Total Noticed: 24

           cmecf@chapter13trusteewdpa.com

Thomas Song

           on behalf of Creditor MB Financial Bank  National Association pawb@fedphe.com

TOTAL: 7