```
                                                              FILED
                                                              2/18/21 10:04 am
              IN THE UNITED STATES BANKRUPTCY COURT           CLERK
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA        U.S. BANKRUPTCY
                                                              COURT - WDPA
```

In Re:                              :    BANKRUPTCY NO. 17-11140TPA
LINDA JOAN TROHOSKE,                :
    Debtor                          :    THE HONORABLE THOMAS P. AGRESTI
                                    :
LINDA JOAN TROHOSKE,                :    CHAPTER 13
    Movant,                         :
    v.                              :    Rel to Doc 100
                                    :
U-FRAME IT,                         :
    Respondent.                     :

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    U-FRAME IT
    ATTN: PAYROLL DEPARTMENT
    731 WEST 8TH STREET
    ERIE, PA 16502

shall deduct from that income the sum of **$315.00 WEEKLY**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D.PA.
    P.O. BOX 84051
    CHICAGO, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
    IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this __18th__ day of February, 2021

_____
United States Bankruptcy Judge    ljm

**PAWB Local Form 11 (07/13)**

    IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case#1085997 after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda Joan Trohoske  
    Debtor

Case No. 17-11140-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 2  
Date Rcvd: Feb 18, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |
|  | + U-Frame It, Attn: Payroll Dept., 731 West 8th Street, Erie, PA 16502-1211 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Fifth Third Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Fifth Third Bank  N.A. amps@manleydeas.com |
| Michael S. Jan Janin | on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |

District/off: 0315-1            User: culy            Page 2 of 2

Date Rcvd: Feb 18, 2021            Form ID: pdf900            Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor MB Financial Bank  National Association pawb@fedphe.com

TOTAL: 8