IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11140 TPA |
| | : | |
| LINDA JOAN TROHOSKE, | : | |
| Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| FIFTH THIRD BANK, | : | |
| Movant, | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM NO. 1 |
| | : | |
| LINDA JOAN TROHOSKE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
| Respondents. | | |

DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES

    I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

                             Respectfully submitted,

                             QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                         BY:    /s/ Michael S. Jan Janin
                                 Michael S. Jan Janin, Esquire
                                 PA Id. No. 38880
                                 2222 West Grandview Boulevard
                                 Erie, Pennsylvania  16506-4508
                                 Telephone: 814-833-2222, Extension 1045
                                 Direct Dial: 814-314-1051
                                 Facsimile: 814-833-6753
                                 E-Mail: mjanjanin@quinnfirm.com
                                 Counsel for Debtor, Linda Joan Trohoske

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11140 TPA |
| | : | |
| LINDA JOAN TROHOSKE, | : | |
| Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| FIFTH THIRD BANK, | : | |
| Movant, | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM NO. 1 |
| | : | |
| LINDA JOAN TROHOSKE; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
| Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 9, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 9, 2021

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222, Extension 1045
    Direct Dial: 814-314-1051
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtor, Linda Joan Trohoske

1485077