FILED
10/31/22 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> LINDA JOAN TROHOSKE <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br> Movant <br> vs. <br> LINDA JOAN TROHOSKE <br><br> Respondents | Case No.17-11140CMB <br><br> Chapter 13 <br><br> Document No. 115 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __31st__ day of __October__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

U Frame It
Attn: Payroll Manager
731 West Eighth St
Erie, PA 16502

is hereby ordered to immediately terminate the attachment of the wages of LINDA JOAN TROHOSKE, social security number XXX-XX-9449. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LINDA JOAN TROHOSKE.

BY THE COURT:

_Carlota M. Böhm_
nms
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11140-CMB |
| Linda Joan Trohoske | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  N.A. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Michael S. Jan Janin | on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
   on behalf of Creditor Fifth Third Bank  N.A. amps@manleydeas.com

Thomas Song
   on behalf of Creditor MB Financial Bank  National Association pawb@fedphe.com

TOTAL: 8