**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **LINDA JOAN TROHOSKE** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **17-11140CMB** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | FIFTH THIRD BANK |
| **Court claim no.** (if known): | 1-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 5 9 2 5 |
| **Property Address:** | 2530 NORTH TRACY DR<br>ERIE PA 16505 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                      **Amount**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) | $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) | $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) | $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                                                                                       $ $1,282.10
  The next postpetition payment is due on   1 / 1 / 2023
                                             MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **LINDA JOAN TROHOSKE** | Case number *(if known)* | **17-11140CMB** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Signature: /s/ Ronda J. Winnecour         Date  01/31/2023

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **LINDA JOAN TROHOSKE** | Case number *(if known)* | **17-11140CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/24/2019 | 1119614 | MB FINANCIAL BANK NA | AMOUNTS DISBURSED TO CREDITOR | 653.86 |
| 06/25/2019 | 1122222 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,120.18 |
| 07/29/2019 | 1125655 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,218.36 |
| 08/27/2019 | 1129159 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,445.61 |
| 09/24/2019 | 1132515 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,258.92 |
| 10/24/2019 | 1135776 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,243.27 |
| 11/25/2019 | 1139228 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,416.85 |
| 12/23/2019 | 1142656 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 686.70 |
| 01/28/2020 | 1146078 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 2,322.83 |
| 02/25/2020 | 1149568 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,344.65 |
| 03/23/2020 | 1153107 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,263.98 |
| 04/27/2020 | 1156545 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,462.25 |
| 05/26/2020 | 1159946 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,274.79 |
| 06/26/2020 | 1163345 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,224.31 |
| 07/29/2020 | 1166484 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,217.99 |
| 08/25/2020 | 1169554 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,216.49 |
| 09/28/2020 | 1172635 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,215.59 |
| 10/26/2020 | 1175738 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,415.34 |
| 11/24/2020 | 1178818 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,250.71 |
| 12/21/2020 | 1181801 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,232.55 |
| 01/25/2021 | 1184752 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,430.84 |
| 02/22/2021 | 1187856 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,248.73 |
| 03/26/2021 | 1191120 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,427.79 |
| 04/26/2021 | 1194408 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,869.32 |
| 05/25/2021 | 1197539 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,215.50 |
| 06/25/2021 | 1200715 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,215.50 |
| 07/26/2021 | 1203920 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,375.85 |
| 08/26/2021 | 1207042 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,268.95 |
| 09/24/2021 | 1210171 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,268.95 |
| 10/25/2021 | 1213251 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,268.95 |
| 11/22/2021 | 1216285 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,262.30 |
| 12/23/2021 | 1219340 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,288.75 |
| 01/26/2022 | 1222419 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,262.30 |
| 02/23/2022 | 1225336 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,262.30 |
| 03/25/2022 | 1228262 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,321.70 |
| 04/26/2022 | 1231286 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 05/25/2022 | 1234336 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 06/27/2022 | 1237357 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 07/26/2022 | 1240305 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 08/24/2022 | 1243219 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 09/27/2022 | 1246071 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 10/25/2022 | 1248913 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,282.10 |
| 11/23/2022 | 1251692 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 1,219.20 |
| 01/26/2023 | 1257200 | FIFTH THIRD BANK | AMOUNTS DISBURSED TO CREDITOR | 62.90 |
| | | | | 55,729.76 |

Case 17-11140-CMB    Doc 119    Filed 01/31/23    Entered 01/31/23 12:36:49    Desc Main
Document    Page 4 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

LINDA JOAN TROHOSKE
2530 NORTH TRACY DRIVE
ERIE, PA  16505

MICHAEL S JAN JANIN ESQ
QUINN BUSECK LEEMHUIS ET AL
2222 W GRANDVIEW
ERIE, PA  16506-4508

FIFTH THIRD BANK
PO BOX 637640
CINCINNATI, OH  45263-7640

CHAPTER 13 BANKRUPTCY NOTICING
5001 KINGSLEY DR
MD 1 MOB-BW
CINCINNATI, OH  45227

MCCABE WEISBERG & CONWAY LLC
1420 WALNUT ST STE 1501
PHILADELPHIA, PA  19102


1/31/23                                          /s/ Roberta Saunier
                                                 Administrative Assistant
                                                 Office of the Chapter 13 Trustee