**Fill in this information to identify the case:**

Debtor 1 __Linda Joan Trohoske__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __WESTERN__   District of __Pennsylvania__
(State)

Case number __17-11140-CMB__

# Form 4100R
## Response to Notice of Final Cure Payment                           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Fifth Third Bank, National Association as Successor by Merger to MB Financial, N.A

**Court claim no.** (if known): 1-2

**Last 4 digits** of any number you use to identify the debtor's account: 5925 ____ ____ ____

**Property address:** 2530 North Tracy Drive
Number   Street

Erie, Pennsylvania  16505
City             State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   2 / 1 / 2023
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                             (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____

c. **Total**. Add lines a and b.                                         (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/____
                                                                         MM / DD / YYYY

Form 4100R                  **Response to Notice of Final Cure Payment**                  page **1**

| | | | |
|---|---|---|---|
| Debtor 1 | Linda Joan Trohoske | Case number (*if known*) | 17-11140-CMB |
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date 02/17/2023

Print: Andrew M. Lubin
First Name   Middle Name   Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1420 Walnut Street, Suite 1501
Number      Street

Philadelphia, PA 19102
City      State   ZIP Code

Contact phone ( 215 ) 790 – 1010

Email  ecfmail@mwc-law.com

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Linda Joan Trohoske<br>　　　　Debtor<br><br>Fifth Third Bank, National Association as Successor by Merger to MB Financial, N.A, or its Successor or Assignee<br>　　　　Movant<br><br>　　　　vs.<br><br>Ronda J. Winnecour<br>Linda Joan Trohoske<br>　　　　Respondent | Chapter 13<br><br>Bankruptcy No. 17-11140-CMB<br><br><br>Related to Document Nos. |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

　　I, Andrew M. Lubin, attorney for Fifth Third Bank, National Association as Successor by Merger to MB Financial, N.A, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:
　　　02/17/2023

| | | |
|---|---|---|
| Linda Joan Trohoske<br>2530 North Tracy Drive<br>Erie, Pennsylvania 16505 | Michael S. Jan Janin<br>Quinn Buseck Leemhuis<br>Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, Pennsylvania 16506-4508<br>Attorney for Debtor<br><br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, Pennsylvania 15222 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee |

　　　　　　　　　　　　/s/ Andrew M. Lubin
　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　　　　CHELSEA NIXON, ESQUIRE ID # 324130
　　　　　　　　　　　ANDREW M. LUBIN, ESQUIRE ID # 54297

Attorney for Fifth Third Bank, National Association as Successor by Merger to MB Financial, N.A
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com