**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Linda Joan Trohoske**
Debtor(s)

Bankruptcy Case No.: 17−11140−CMB

Chapter: 13
Docket No.: 122 − 121

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 4/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/20/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/10/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda Joan Trohoske  
Debtor

Case No. 17-11140-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 3
Date Rcvd: Feb 24, 2023 | Form ID: 408v | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |
| cr | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732119 | + | ARS National Services Inc., Dept. 110840, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14732121 | + | Cole Taylor Bank, 2350 Green Road, Suite 100, Ann Arbor, MI 48105-1588 |
| 14716590 | + | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14726032 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 14732129 | + | Millcreek Township Tax Collector, 3608 West 26th Street, Erie, PA 16506-2059 |
| 14732130 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | Fifth Third Bank, N.A., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14732118 | | Email/Text: legal@arsnational.com | Feb 25 2023 00:18:00 | ARS National Services Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14728858 | + | Email/Text: bankruptcy@cbtno.com | Feb 25 2023 00:19:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 15207287 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 25 2023 00:19:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14732124 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital System, 16 McLeland Road, St. Cloud, MN 56303 |
| 14742414 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14732120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:20:35 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14753276 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14732128 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | Midland Funding LLC, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14732132 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:21 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14732131 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:33 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14717633 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 17-11140-CMB    Doc 123    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 408v | Total Noticed: 21 |

| 14732133 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:35 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MB Financial Bank, National Association |
| cr | | MB Financial Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732122 | *+ | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14732126 | *+ | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14767007 | *+ | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| cr | ##+ | FIFTH THIRD BANK, 2251 Rombach Ave, Wilmington, OH 45177-1995 |
| 15059561 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 14732123 | ## | First Progress Card, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14732125 | ##+ | MB Financial Bank, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732127 | ##+ | MB Financial Bank, N.A., P.O. Box 5000, Wilmington, OH 45177-5000 |
| 14732134 | ##+ | Tri-State Allergy & Asthma LLC, 2409 State Street, Suite D, Erie, PA 16503-1856 |

TOTAL: 2 Undeliverable, 4 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Fifth Third Bank  N.A. ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Michael S. Jan Janin | on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: 408v | Total Noticed: 21 |

    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Fifth Third Bank  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor MB Financial Bank  National Association pawb@fedphe.com

TOTAL: 9