IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11140 CMB |
| | : | |
| LINDA JOAN TROHOSKE, | : | HONORABLE CARLOTA M. BÖHM |
|     Debtor. | : | |
| | : | CHAPTER 13 |
| LINDA JOAN TROHOSKE, | : | |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

__X__ The Debtor is not required to pay any Domestic Support Obligations.

_____ The Debtor is required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 6, 2023, at Docket #125, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

  X   Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____ Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  03/07/2023        By:  /s/ Linda Joan Trohoske
                                          Debtor, Linda Joan Trohoske

Respectfully submitted,

THE QUINN LAW FIRM

Dated:  03/07/2023        BY:  /s/ Michael S. Jan Janin
                                       Michael S. Jan Janin, Esquire
                                       PA Id. No. 38880
                                       2222 West Grandview Boulevard
                                       Erie, Pennsylvania 16506-4508
                                       Telephone: 814-833-2222, Ext. 1045
                                       Facsimile: 814-833-6753
                                       E-Mail Address: mjanjanin@quinnfirm.com
                                       Counsel for Debtor, Linda Joan Trohoske

1596082