| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Linda Joan Trohoske<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9449<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–11140–CMB | |

## Order of Discharge                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Linda Joan Trohoske

   4/11/23                                                           **By the court:** Carlota M Bohm
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11140-CMB
Linda Joan Trohoske  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Apr 11, 2023  Form ID: 3180W  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |
| cr | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732119 | + | ARS National Services Inc., Dept. 110840, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14732121 | + | Cole Taylor Bank, 2350 Green Road, Suite 100, Ann Arbor, MI 48105-1588 |
| 14716590 | + | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14726032 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 14732129 | + | Millcreek Township Tax Collector, 3608 West 26th Street, Erie, PA 16506-2059 |
| 14732130 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 11 2023 23:48:00 | Fifth Third Bank, N.A., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14732118 | | Email/Text: legal@arsnational.com | Apr 11 2023 23:48:00 | ARS National Services Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14728858 | + | EDI: CRESCENTBANK.COM | Apr 12 2023 03:37:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 15207287 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 11 2023 23:49:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14732124 | | EDI: JEFFERSONCAP.COM | Apr 12 2023 03:37:00 | Jefferson Capital System, 16 McLeland Road, St. Cloud, MN 56303 |
| 14742414 | | EDI: JEFFERSONCAP.COM | Apr 12 2023 03:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14732120 | | EDI: JPMORGANCHASE | Apr 12 2023 03:37:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14753276 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14732128 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | Midland Funding LLC, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14732132 | + | EDI: AGFINANCE.COM | Apr 12 2023 03:37:00 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14732131 | + | EDI: AGFINANCE.COM | Apr 12 2023 03:37:00 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14717633 | + | EDI: RECOVERYCORP.COM | Apr 12 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732133 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MB Financial Bank, National Association |
| cr | | MB Financial Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732122 | *+ | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14732126 | *+ | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14767007 | *+ | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| cr | ##+ | FIFTH THIRD BANK, 2251 Rombach Ave, Wilmington, OH 45177-1995 |
| 15059561 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 14732123 | ## | First Progress Card, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14732125 | ##+ | MB Financial Bank, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732127 | ##+ | MB Financial Bank, N.A., P.O. Box 5000, Wilmington, OH 45177-5000 |
| 14732134 | ##+ | Tri-State Allergy & Asthma LLC, 2409 State Street, Suite D, Erie, PA 16503-1856 |

TOTAL: 2 Undeliverable, 4 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |

Case 17-11140-CMB    Doc 129    Filed 04/13/23    Entered 04/14/23 00:26:59    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 23 |

on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Andrew M. Lubin
on behalf of Creditor Fifth Third Bank  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Brian Nicholas
on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com

Marisa Myers Cohen
on behalf of Creditor Fifth Third Bank  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Michael S. Jan Janin
on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com
slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Fifth Third Bank  N.A. amps@manleydeas.com

Thomas Song
on behalf of Creditor MB Financial Bank  National Association pawb@fedphe.com

TOTAL: 9