**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LINDA JOAN TROHOSKE

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-11140

Chapter 13

Document No.:

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 11th day of April, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/11/23 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda Joan Trohoske  
    Debtor

Case No. 17-11140-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Apr 11, 2023      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Joan Trohoske, 2530 North Tracy Drive, Erie, PA 16505-4412 |
| cr | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732119 | + | ARS National Services Inc., Dept. 110840, P.O. Box 1259, Oaks, PA 19456-1259 |
| 14732121 | + | Cole Taylor Bank, 2350 Green Road, Suite 100, Ann Arbor, MI 48105-1588 |
| 14716590 | + | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14726032 | + | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| 14732129 | + | Millcreek Township Tax Collector, 3608 West 26th Street, Erie, PA 16506-2059 |
| 14732130 | | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 11 2023 23:48:00 | Fifth Third Bank, N.A., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14732118 | | Email/Text: legal@arsnational.com | Apr 11 2023 23:48:00 | ARS National Services Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14728858 | + | Email/Text: bankruptcy@cbtno.com | Apr 11 2023 23:49:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 15207287 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 11 2023 23:49:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 14732124 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2023 23:49:00 | Jefferson Capital System, 16 McLeland Road, St. Cloud, MN 56303 |
| 14742414 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2023 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14732120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2023 23:57:01 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14753276 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14732128 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | Midland Funding LLC, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14732132 | + | Email/PDF: cbp@onemainfinancial.com | Apr 11 2023 23:57:19 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14732131 | + | Email/PDF: cbp@onemainfinancial.com | Apr 11 2023 23:57:01 | One Main Financial, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 14717633 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 23:57:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| 14732133 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:09 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
|---|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MB Financial Bank, National Association |
| cr | | MB Financial Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732122 | *+ | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14732126 | *+ | MB Financial Bank, N.A., c/of Law Office of Gregory Javardian LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14767007 | *+ | MB Financial Bank, National Association, 2251 Rombach Avenue, Wilmington, Ohio 45177-1995 |
| cr | ##+ | FIFTH THIRD BANK, 2251 Rombach Ave, Wilmington, OH 45177-1995 |
| 15059561 | ##+ | Fifth Third Bank, 2251 Rombach Ave., Wilmington, Ohio 45177-1995 |
| 14732123 | ## | First Progress Card, P.O. Box 84010, Columbus, GA 31908-4010 |
| 14732125 | ##+ | MB Financial Bank, 2251 Rombach Avenue, Wilmington, OH 45177-1995 |
| 14732127 | ##+ | MB Financial Bank, N.A., P.O. Box 5000, Wilmington, OH 45177-5000 |
| 14732134 | ##+ | Tri-State Allergy & Asthma LLC, 2409 State Street, Suite D, Erie, PA 16503-1856 |

TOTAL: 2 Undeliverable, 4 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor MB Financial Bank  National Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Fifth Third Bank  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor MB Financial Bank  National Association bnicholas@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Michael S. Jan Janin | on behalf of Debtor Linda Joan Trohoske mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1     User: auto     Page 3 of 3
Date Rcvd: Apr 11, 2023     Form ID: pdf900     Total Noticed: 21

Stephen Russell Franks
    on behalf of Creditor Fifth Third Bank N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor MB Financial Bank National Association pawb@fedphe.com

TOTAL: 9